RANDY S. GROSSMAN
United States Attorney
LESLIE M. GARDNER
Assistant U.S. Attorney
California State Bar No. 228693
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7603
Facsimile: (619) 546-7751
Email: leslie.gardner2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Plaintiff,<br><br>v.<br><br>Zhen Li,<br><br>Defendant. | Case No. '23CV0566 BTM JLB<br><br>COMPLAINT |

Plaintiff, United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), files this Complaint seeking an Emergency Court Order to permit involuntary feeding, hydration, and medical testing of Defendant Li Zhen, an alien lawfully in detention at the Otay Mesa Detention Center (OMDC). Mr. Li was classified as a hunger striker on February 25, 2023, and is now on day 34 of his hunger strike. His refusal to eat and drink has reached a point where serious bodily injury is likely.

## JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1345 because the United States of America is the Plaintiff.

2. Courts have recognized that the United States has authority to prevent suicides by detainees and prisoners. *See Aamer v. Obama*, Nos. 13–5223, 13–5276, 13–5224, 13–5225, 2014 WL 519238 (D.C. Cir. Feb. 11, 2014) (acknowledging that absent exceptional circumstances prison officials may force-feed a starving inmate actually facing the risk of death); *In re Soliman*, 134 F.Supp.2d 1238 (N.D. Ala. 2001) (noting that the Government's interests in the preservation of life and other factors have provided a basis for ordering forced feeding of an immigration detainee); *In re Sanchez*, 577 F.Supp. 7 (S.D.N.Y. 1983) (the Government was permitted to force-feed civil contemnor who had gone on hunger strike and was in immediate danger of suffering permanent bodily damage as a result); *United States v. Onyango*, No. 14-cv-0401-JAH-NLS, Docket No. 8 (S.D. Cal. Feb. 25, 2014) (granting temporary restraining order directing feeding, hydration, and medical testing as necessary to prevent injury, organ failure, or loss of life); *United States Department of Homeland Security v. Yaldiz*, No. 19-cv-1752-GPC-WVG, Docket No. 6 (S.D. Cal. Sept. 12, 2019) (granting temporary restraining order to allow involuntary hydration, medical examinations, and restraint if necessary); *United States Department of Homeland Security v. Ivanov*, No. 19-cv-1573-DMS-MDD, Docket No. 6 (S.D. Cal. Aug. 22, 2019) (granting temporary restraining order to allow physical evaluations, involuntary feeding and hydration, and restraint if necessary).

## VENUE

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this district, in and near the Otay Mesa Detention Center.

## FACTS

4. Defendant is an individual in ICE custody.

5. Defendant is a citizen and national of China. He has been detained at OMDC since November 23, 2022, under U.S. immigration laws.

6. Defendant has been on a self-imposed hunger strike and, as of March 29, 2023, had missed 107 meals.

7. Defendant's treating physician at the Otay Mesa Detention Center is concerned that involuntary feeding and hydration are necessary now, to prevent injury, organ failure, or loss of life due to Defendant's self-imposed hunger strike.

8. Defendant was admitted to Paradise Valley Hospital from March 25 to March 28, 2023.

9. While admitted at the hospital, Defendant consumed minimal fluids, but refused to consume any solid foods or adequate caloric intake to end his hunger strike.

10. Defendant was discharged from the hospital on March 28, 2023, and returned to ICE custody at OMDC, where he continues to refuse to eat.

11. As Defendant's medical condition worsens, Plaintiff will need to seek additional emergency relief from this Court.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays:

    a. That the Court issue an Order directing the United States, through competent medical providers employed by or contracted with the Public Health Service, ICE Health Service Corps, or at private medical facilities to: (1) involuntarily hydrate and/or provide nutrition to Defendant; (2) perform physical evaluations on Defendant, take his vital signs, and perform laboratory testing; and (3) restrain Defendant, if necessary, to accomplish these procedures.

    b. That the Court set this matter for hearing as soon as practicable so that

1 |       it can determine the rights of Defendant; and

2 |   c.   For other such relief as the Court deems appropriate.

DATED:  March 30, 2023            Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*s/ Leslie M. Gardner*

LESLIE M. GARDNER
Assistant U.S. Attorney

Attorneys for Plaintiff