RANDY S. GROSSMAN
United States Attorney
LESLIE M. GARDNER
Assistant U.S. Attorney
California State Bar No. 228693
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7603
Facsimile: (619) 546-7751
Email: leslie.gardner2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Plaintiff,<br><br>v.<br><br>Zhen Li,<br><br>Defendant. | Case No. 23-cv-566-BTM (JLB)<br><br>**DECLARATION OF DAVID J. RAMIREZ REGARDING SERVICE** |

I, David J. Ramirez, have personal knowledge of the facts stated below, and I declare as follows:

1.     I am currently employed as a Deportation Officer (DO) with U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO).  I am assigned to the Otay Mesa Detention Center (OMDC) located in Otay Mesa, California.

2. On March 30, 2023, beginning at 4:12p.m., DO Juan C. Fleites-Breakstone and I visited Zhen Li inside his medical housing cell at the Otay Mesa Detention Center.

3. In Mr. Li's presence, I contacted a Mandarin-language interpreter via the CoreCivic Medical Language Line. Interpreter No. 254801 was placed on the speaker setting so that Mr. Li, DO Fleites-Breakstone, and I could all hear him and he could hear us.

4. Via the interpreter, I attempted to explain to Mr. Li that I had documents to read to him, but he refused to engage with me.

5. At 4:25p.m., Mr. Li, via the interpreter, agreed to listen to me.

6. I began to read aloud the first page of the Complaint to Mr. Li one line at a time, and the interpreter then translated and recited each line to Mr. Li. Mr. Li appeared to be listening, but did not verbally acknowledge what was said to him.

7. At 4:29p.m., I completed reading aloud, via the interpreter, the first page of the complaint and began to read the second page of the complaint via the same process.

8. At 4:33p.m., the call with the interpreter disconnected.

9. At 4:35p.m., I secured another Mandarin-language interpreter via the CoreCivic Medical Language Line. This interpreter's ID number is 405416.

10. I continued reading aloud the second page of the Complaint to Mr. Li, stopping after each line for the interpreter to translate for Mr. Li.

11. At 4:38p.m., I completed reading the second page of the Complaint.

12. At 4:42p.m., while I was reading the third page of the Complaint, Mr. Li began to fall asleep. He refused to wake up or engage with me or other medical staff.

13. At 4:45p.m., Dr. Rae Boganey, via the interpreter, attempted to wake Mr. Li by calling his name and asking him to wake up, but he did not respond.

14. At 4:47, Nurse Practitioner Rosa Bautista, via the interpreter, also attempted to wake Mr. Li, but he did not respond.

15.   At 4:50p.m., DO Fleites-Breakstone, via the interpreter, also attempted to communicate with Mr. Li, but Mr. Li pulled his blanket up over his head and did not respond.

16.   I told Mr. Li, via the interpreter, that I was serving him with the documents I'd started reading to him, and that I was setting the packet of documents on his bed next to him. I set the packet containing the following documents filed in Civil Case No. 23-cv-566 on the bed next to Mr. Li:

   a. Complaint (ECF No. 1)

   b. Declaration of Assistant Field Office Director Mark Paramo (ECF 1-2)

   c. Declaration of Rae Boganey, M.D., redacted (ECF No. 1-3)

   d. Motion for a Temporary Restraining Order (ECF No. 2)

   e. Motion to File Documents Under Seal (ECF No. 3)

   f. Declaration of Leslie Gardner (ECF No. 3-1)

   g. Declaration of Rae Boganey, M.D., unredacted (ECF 4)*

      *currently "SEALED LODGED" on ECF

17.   At the request of Dr. Rae Boganey, I told Mr. Li, via the interpreter, that drinking Gatorade would help his dehydration, but would not end his hunger-strike status with the OMDC. He did not respond.

18.   At 4:53p.m., DO Fleites-Breakstone and I ended our meeting with Mr. Li.


DATED:  March 30, 2023

David J. Ramirez
Deportation Officer
Immigration and Customs Enforcement

3