RANDY S. GROSSMAN
United States Attorney
LESLIE M. GARDNER
Assistant U.S. Attorney
California State Bar No. 228693
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7603
Facsimile: (619) 546-7751
Email: leslie.gardner2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Plaintiff,<br><br>v.<br><br>Zhen Li,<br><br>Defendant. | Case No. 23-cv-566-BTM (JLB)<br><br>**DECLARATION OF JUAN C. FLEITES-BREAKSTONE REGARDING SERVICE** |

I, Juan C. Fleites-Breakstone, have personal knowledge of the facts stated below, and I declare as follows:

1.    I am currently employed as a Deportation Officer (DO) with U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs

Enforcement (ICE), Enforcement and Removal Operations (ERO).  I am assigned to the Otay Mesa Detention Center (OMDC) located in Otay Mesa, California.

<u>SERVICE OF PLAINTIFF'S FILINGS</u>

2.      On March 30, 2023, beginning at 4:12p.m., DO David Ramirez and I visited Zhen Li inside his medical housing cell at the Otay Mesa Detention Center.

3.      In Mr. Li's presence, DO Ramirez contacted a Mandarin-language interpreter via the CoreCivic Medical Language Line. Interpreter No. 254801 was placed on the speaker setting so that Mr. Li, DO Ramirez, and I could all hear the interpreter and he could hear us.

4.      Via the interpreter, DO Ramirez attempted to explain to Mr. Li that he had documents to read to him, but Mr. Li refused to engage with him.

5.      At 4:25p.m., Mr. Li, via the interpreter, agreed to listen to DO Ramirez.

6.      DO Ramirez began to read aloud the first page of the Complaint to Mr. Li one line at a time, and the interpreter then translated and recited each line to Mr. Li. Mr. Li appeared to be listening, but did not verbally acknowledge what was said to him.

7.      At 4:29p.m., DO Ramirez completed reading aloud, via the interpreter, the first page of the Complaint and began to read the second page of the Complaint via the same process.

8.      At 4:33p.m., the call with the interpreter disconnected.

9.      At 4:35p.m., DO Ramirez secured another Mandarin-language interpreter via the CoreCivic Medical Language Line. This interpreter's ID number is 405416.

10.      DO Ramirez continued reading aloud the second page of the Complaint to Mr. Li, stopping after each line for the interpreter to translate for Mr. Li.

11.      At 4:38p.m., DO Ramirez completed reading the second page of the Complaint.

12.      At 4:42p.m., while DO Ramirez was reading the third page of the

Complaint, Mr. Li began to fall asleep. He refused to wake up or engage with DO Ramirez or other medical staff.

13.    At 4:45p.m., Dr. Rae Boganey, via the interpreter, attempted to wake Mr. Li by calling his name and asking him to wake up, but he did not respond.

14.    At 4:47, Registered Nurse Rosa Batista, via the interpreter, also attempted to wake Mr. Li, but he did not respond.

15.    At 4:50p.m., I also attempted to communicate with Mr. Li via the interpreter, but Mr. Li pulled his blanket up over his head and did not respond.

16.    DO Ramirez told Mr. Li, via the interpreter, that he was serving him with the documents he'd started reading to him, and that he was setting the packet of documents on his bed next to him. DO Ramirez set the packet containing the following documents filed in Civil Case No. 23-cv-566 on the bed next to Mr. Li:

    a. Complaint (ECF No. 1)

    b. Declaration of Assistant Field Office Director Mark Paramo (ECF 1-2)

    c. Declaration of Rae Boganey, M.D., redacted (ECF No. 1-3)

    d. Motion for a Temporary Restraining Order (ECF No. 2)

    e. Motion to File Documents Under Seal (ECF No. 3)

    f. Declaration of Leslie Gardner (ECF No. 3-1)

    f. Declaration of Rae Boganey, M.D., unredacted (ECF 4)*

       *currently "SEALED LODGED" on ECF

17.    At the request of Dr. Rae Boganey, DO Ramirez told Mr. Li, via the interpreter, that drinking Gatorade would help his dehydration, but would not end his hunger-strike status with the OMDC. He did not respond.

18.    At 4:53p.m., DO Ramirez and I ended our meeting with Mr. Li.

## SERVICE OF THE COURT'S ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER

19.    At 8:42p.m., DO Raphael Villalobos and I visited Mr. Li inside his

3

medical housing cell at the Otay Mesa Detention Center. Mr. Li was awake and appeared to be reading the documents DO Ramirez and I had previously served him. Mr. Li acknowledged me.

20. In Mr. Li's presence, I contacted a Mandarin-language interpreter via the CoreCivic Medical Language Line. Interpreter No. 205383 was placed on the speaker setting so that Mr. Li, DO Villalobos, and I could hear the interpreter and he could hear us.

21. Via the interpreter, I explained to Mr. Li that I had another document to read to him.

22. I began to read aloud the first page of the Order Granting Plaintiff's Ex Parte Application for an Emergency Temporary Restraining Order (Order) to Mr. Li one line at a time, and the interpreter then translated and recited each line to Mr. Li. Mr. Li appeared to be listening.

23. About one paragraph into the Order, the interpreter became more difficult to hear.

24. Mr. Li agreed to be assisted into a wheelchair and taken to an office with a better connection.

25. In the office, I secured another Mandarin-language interpreter. This interpreter's ID number is 210355.

26. I continued reading the Order aloud, stopping after each line for the interpreter to translate for Mr. Li. Mr. Li appeared to be listening to the entire Order as translated for him by the interpreter.

27. When I completed reading the Order, and the interpreter had translated the last line of the Order for Mr. Li, Mr. Li said "Thank you" in English.

28. I told Mr. Li, via the interpreter, that I was serving him with the document I'd read to him and I wished him good health. I personally handed Mr. Li a copy of the Order. Mr. Li again said "Thank you" in English.

29. At 9:10p.m., DO Villalobos and I accompanied Mr. Li back to his

4

medical housing cell, and concluded our meeting with Mr. Li.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 30, 2023

Juan C. Fleites-Breakstone
Deportation Officer

5