RANDY S. GROSSMAN
United States Attorney
LESLIE M. GARDNER
Assistant U.S. Attorney
California State Bar No. 228693
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7603
Facsimile: (619) 546-7751
Email: leslie.gardner2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Plaintiff, <br><br> v. <br><br> Zhen Li, <br><br> Defendant. | Case No. 23-CV-566-BTM (JLB) <br><br> **STATUS REPORT** |

Counsel for Defendant United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), has been informed of the following information regarding Mr. Li's status:

As medical personnel were preparing to provide involuntary hydration to Mr. Li pursuant to the Court's Order Granting Plaintiff's Application for Emergency

Temporary Restraining Order, Mr. Li agreed to sip some Gatorade and eat a small amount of watered-down oatmeal. He has since consumed a small amount of broth. Due to the length of time Mr. Li refused to eat or drink, both liquid and food must be reintroduced slowly and under careful supervision. Mr. Li has not consumed the equivalent of a full meal. He is being monitored closely and his health remains sufficiently precarious that involuntary hydration, nutrition, and testing pursuant to the Court's Order remain medically necessary to prevent injury, organ failure, and/or death.

DATED:  March 31, 2023                    Respectfully submitted,

                                          RANDY S. GROSSMAN
                                          United States Attorney

                                          s/ Leslie M. Gardner

                                          LESLIE M. GARDNER
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

2