RANDY S. GROSSMAN
United States Attorney
LESLIE M. GARDNER
Assistant U.S. Attorney
California State Bar No. 228693
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7603
Facsimile: (619) 546-7751
Email: leslie.gardner2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LI ZHEN,<br><br>　　　　　Defendant. | Case No. 23-cv-566-BTM (JLB)<br><br>**MOTION TO VACATE TEMPORARY RESTRAINING ORDER AND NOTICE OF VOLUNTARY DISMISSAL** |

　　　　Plaintiff, U.S. Department of Homeland Security, Immigration and Customs Enforcement, ("ICE"), moves to vacate the Temporary Restraining Order in this case, and voluntarily dismisses this case.

　　　　Counsel for Plaintiff has been informed of the following:

Since March 31, 2023, Mr. Li has consistently consumed a liquid diet at his mealtime and will likely soon be advanced to a mechanical-soft diet. As such, Otay Mesa Detention Center ("OMDC") Clinical Director, Rae Boganey, M.D., has determined that the Temporary Restraining Order is no longer medically necessary. Mr. Li will remain in the Medical Housing Unit until his diet advances to a full regular diet, his vital signs improve, and he is medically cleared to return to the general ICE detainee population at the OMDC.

For the foregoing reasons, Plaintiff moves to vacate the Temporary Restraining Order in this case and voluntarily dismisses this case in its entirety.

DATED: April 3, 2023                    Respectfully submitted,

                                        RANDY S. GROSSMAN
                                        United States Attorney

                                        s/ Leslie M. Gardner

                                        LESLIE M. GARDNER
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff